**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 17, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00558-CV

## ALSCO, INC., Appellant

## V.

## MALLORY  JACKSON, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2017-02372**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed July 3, 2019. On December 3, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.